# United States District Court

## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | CASE NUMBER: 1:18-mj-0250 |
| **ERICA LOCKETT** | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about March 6, 2018, in Marion County, in the Southern District of Indiana defendant did commit,

Count 1: possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1).

I further state that I am a Special Agent, and that this complaint is based on the following facts:

See attached AFFIDAVIT

**Continued on the attached sheet and made a part hereof.**

_____
Brian A. Clancy, Special Agent, ATF

**Sworn to before me, and subscribed in my presence**

March 14, 2018            at    Indianapolis, Indiana
**Date**

Mark J. Dinsmore, U.S. Magistrate Judge
**Name and Title of Judicial Officer**        **Signature of Judicial Officer**

# AFFIDAVIT IN SUPPORT OF APPLICATION

1. I, Brian A. Clancy, being duly sworn under oath, states as follows:

## I. TRAINING AND EXPERIENCE

2. I am a Special Agent (SA) with the federal Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), a component of the United States Department of Justice, and have been so employed since November 2015. In connection with official ATF duties, I investigate criminal violations of federal laws, including, but not limited to, firearms offenses such as violations of Title 18, United States Code, Sections 922(g) and 924(c). I have testified in judicial proceedings and prosecutions for violations of firearms laws and robberies. I have also been involved in various types of surveillance and in the debriefing of defendants, witnesses, informants, and others who have knowledge of the use of firearms in conjunction with other criminal activities, including distribution of controlled substances.

3. Prior to joining ATF, I was employed with the Joliet Police Department (JPD) in Joliet, Illinois for five months as a patrol officer and was assigned to the Neighborhood Oriented Police Team. Prior to working with JPD, I was employed by the Department of Homeland Security as a Federal Air Marshal for over five years.

## II. PURPOSE OF THE AFFIDAVIT

4. This affidavit is submitted in support of the arrest of Erica LOCKETT (hereinafter, LOCKETT) for committing the crime of possession of a firearm by a convicted felon in violation of Title 18, United States Code, Section 922(g)(1).

5. The information set forth in this Affidavit is based upon my participation in this investigation, interviews of witnesses, review of law enforcement reports, discussions with other law enforcement officers involved in the investigation, and my experience and training. This

Affidavit does not set forth each and every fact your Affiant has learned during this investigation, but rather is provided solely for the purpose of establishing probable cause in support of the search warrant and criminal complaint in this matter. The information contained in the following paragraphs is either personally known to your Affiant or was told to your Affiant by other law enforcement officers.

### III.     PROBABLE CAUSE

6.     On Tuesday March 6, 2018 at approximately 7:26 p.m. Officer Pflum of Indianapolis Metropolitan Police Department (IMPD) was dispatched to the 1023 N. Ewing Street #B for a shots fired run. Upon arrival Officer Pflum spoke to the complainant Derrick Hollis. Mr. Hollis stated his son's mother Erika Lockett arrived at his residence earlier in the day reference "Disturbance with a gun" arguing with Mr. Hollis and his son Joseph Lockett. Mr. Hollis stated Ms. Lockett has been upset lately with Joseph. Mr. Hollis stated Ms. Lockett returned to his residence in a white Mini-van and began yelling at him and Joseph. Mr. Hollis stated they went inside and shut the door to the house, moments later he looked out the window of the house and saw her open the side door of the minivan, he then heard several gun shots in the alley where he last saw Ms. Luckett's van. Officer Pflum went to the alley directly behind Mr. Hollis residence and located three (3) live 9mm ammunition and four (4) spent 9mm shell casings. Evidence Tech. Officer G. Torres arrived on scene for photographs of the bullet holes in the house and recovery of the shell casings. All evidence was transported to the IMPD property room by Officer Torres.

7.     On Tuesday, March 6, 2018 at approximately 7:45 p.m. Detective Burger was requested to assist with shots fired into the residence at 1023 N. Ewing St #B. Upon arrival Detective Burger conducted a recorded interview with the resident Mr. Derrick Hollis. Mr. Hollis stated that his child's mother Erica Lockett came to his house and was yelling at their son Joseph

Lockett about something. Ms. Lockett then began calling him names. Ms. Lockett left and then returned about 30 minutes later and fired approximately five (5) shots. She then drove away. Mr. Lockett knows it was her because he saw her white van with her boyfriend driving it. Mr. Hollis didn't know the boyfriend's name. However, Ms. Lockett returned and Mr. Hollis knew something bad was going to happen so he began to close the rear door. Mr. Hollis stated he saw the van pull up and the rear door slide open and a gun. Mr. Hollis stated while he was closing the door he heard shots. Several of these shots went through the wall and into his kitchen. Detective Burger asked Mr. Hollis if he saw who had the gun and fired the shots. Mr. Hollis said he didn't see because he was closing the door.

8. On March 9, 2018 at approximately 4:00 p.m. Detective Burger obtained a search warrant for 458 S Exeter Street. On March 9, 2017 at approximately 6:17 p.m. Detective Burger served the search warrant at 458 S. Exeter St. The house was occupied by Mr. Juan Bermudez, J.B, and Erica Lockett. The Detective recovered a Black, Taurus 9mm handgun bearing serial number TKM58766. Mr. Bermudez and Ms. Lockett were transported to Southwest Roll Call for a video recorded interview. J.B. was released to J.B.'s uncle Jorge Eduardo Quintero-Olmos.

9. On March 9, 2018 at approximately 9:08 p.m. Detective Burger conducted a recorded interview with Ms. Erica Lockett. Detective Burger read Ms. Lockett her Miranda warning and Ms. Lockett agreed to make a statement. Detective Burger read Ms. Lockett the Waiver of Rights form a Ms. Lockett signed the waiver.

10. Detective Burger asked Ms. Lockett about the incident on March 6, 2018, LOCKETT answered, she had a firearm and it was discharged in the air. Detective Burger asked how many times did the gun go off. Ms. Lockett answered, she did not know but possibly one to

four (1-4) times. Detective Burger asked if the gun was in Ms. Lockett's hand when the gun went off. Ms. Lockett answered, Yes.

11. LOCKETT has sustained multiple felony convictions that were punishable by more than one year of imprisonment, namely Theft a level 6 felony and Criminal Recklessness a level 6 felony under Cause No. 49G09-1509-F6-003791, in Marion County Superior Court, Indiana, on or about April 16, 2016 and Auto Theft (Two Counts) Class 6 felonies under Cause No. 49G04-1302-FC-011693 in Marion County Superior Court, Indiana, on or about August 5, 2013.

12. The Taurus handgun was not manufactured within the State of Indiana and therefore traveled in interstate commerce prior to LOCKETT's possession of it.

### IV. CONCLUSION

13. Based upon the above stated facts and attending circumstances, there is probable cause to believe that Erica LOCKETT illegally possessed a firearm on or about the date of March 6, 2018.

Brian A. Clancy, Special Agent
Bureau of Alcohol, Tobacco,
Firearms, and Explosives

Subscribed and sworn before me the 14th day of March, 2018.

Hon. Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana